**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR353** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **ERROLL FLYNN SHEPARD,** | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 653);

2. The Defendant's Motion (Filing No. 653) is summarily denied;

3. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 654) is summarily denied; and

4. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 9th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge