IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR353 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| ERROLL FLYNN SHEPARD, | ) | |
| Defendant. | ) | |

The Defendant, who is represented by appointed counsel in this Court, has filed a notice of appeal. (Filing No. 790.) The Court previously determined that the Defendant is eligible for court-appointed counsel and may proceed in forma pauperis (See Text Order at Filing No. 637).

IT IS ORDERED that the Defendant may proceed on appeal in forma pauperis, pursuant to F.R.A.P. 24(a)(3).

DATED this 3rd day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge